IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**RACHEL K. ABBOTT,**

    **Plaintiff,**

  v.

**AMERICAN ONCOLOGY
MANAGEMENT COMPANY,
LLC,**

    **Defendant.**

**Case No. 2:24-cv-0783**
**Judge Algenon L. Marbley**
**Magistrate Judge Elizabeth P. Deavers**

## ORDER

    This matter is before the Court on Plaintiff's Motion to Compel and for Amendment of Case Schedule. (ECF No. 16.) Defendant filed a response, stating that Plaintiff's Motion to Compel is moot. (ECF No. 19.) Plaintiff did not file a reply. Accordingly, Plaintiff's Motion to Compel is **DENIED as moot**.

    Plaintiff also seeks an extension of the discovery deadline. (ECF No. 16.) Defendant does not oppose the extension. (ECF No. 19.) Plaintiff's Motion for Amendment of the Case Schedule is **GRANTED**. The discovery deadline is extended to **MARCH 31, 2025**.

    **IT IS SO ORDERED.**

Date: March 19, 2025

                                        /s/ *Elizabeth A. Preston Deavers*
                                        ELIZABETH A. PRESTON DEAVERS
                                        UNITED STATES MAGISTRATE JUDGE